UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DAVID A. PUSKALA, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>KOSS CORPORATION, MICHAEL J. KOSS, and SUJATA ("Sue") SACHDEVA,<br><br>　　　　　　　　　　Defendants. | No. 10-cv-00041-LA<br><br>**ORDER GRANTING MOTION OF DAVID A. PUSKALA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

## ORDER

Having considered the motion of David A. Puskala for appointment as lead plaintiff and for approval of his selection of lead counsel, the memorandum of law in support thereof, the declaration of Shpetim Ademi in support of that motion and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1)　The Motion is granted.

2)　Movant David A. Puskala is appointed to serve as Lead Plaintiff in the above-captioned Action, pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

3)　The law firm Glancy Binkow & Goldberg LLP is hereby approved as lead counsel for the purported class, pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), with Ademi & O'Reilly LLP as liaison counsel.

Dated this ___ day of May, 2010

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE LYNN ADELMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1