IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID A. PUSKALA, Individually and on Behalf of
All Others Similarly Situated,,

    Plaintiff,

v.

                      Case No. 10-C-41

KOSS CORPORATION, MICHAEL J. KOSS, and
SUJATA ("Sue") SACHDEVA,,

    Defendants.

## ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY ORDERED that Defendants Koss Corporation and Michael J. Koss shall have to and including November 10, 2011, within which to respond to the Amended Complaint of David A. Puskala.

Dated this 23rd day of September, 2011.

                                    BY THE COURT

                                    s/ _____
                                    Lynn Adelman
                                    U.S. District Judge